UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
U.S. BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2016-CTT,                REPORT AND
                                            RECOMMENDATION
                 Plaintiff,
                                            19 CV 6384 (RRM)(RML)
    -against-

DONNOVAN E. BLACKWOOD, MERLENE
E. DAVIS, NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,
and HOUSEHOLD FINANCE REALTY
CORPORATION OF NEW YORK,

                 Defendants.
----------------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiff commenced this action on November 12, 2019, pursuant to New York Real Property Actions and Proceeding Law Article 13, to foreclose a mortgage encumbering the property at 12264 134th Street, South Ozone Park, New York. (See Complaint, dated Oct. 11, 2019, Dkt. No. 1, ¶ 1.) Although summonses were issued on November 15, 2019, plaintiff never filed proof of service on any defendant.

        On March 4, 2020, I issued an order directing plaintiff's counsel to provide a report on the status of this litigation by March 17, 2020, including whether it had served copies of the summons and complaint on the defendants within ninety days of the filing of the complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure, and if not, whether there was good cause for its failure to do so. My order advised plaintiff that failure to comply could result in a recommendation that this case be dismissed for failure to prosecute. (See Order,

dated Mar. 4, 2020.)  To date, plaintiff has not responded to that order or made any effort to pursue its foreclosure claim.

Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution.  Any objection to this Report and Recommendation must be filed electronically within fourteen (14) days.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

_____/s/_____
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
       May 5, 2021