UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
FOR THE RMAC TRUST, SERIES 2016-CTT,

                Plaintiff,

JUDGMENT
19 CV 6384 (RRM)(RML)

              -against-

DONNOVAN E. BLACKWOOD, MERLENE E. DAVIS,
NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,
and HOUSEHOLD FINANCE REALTY CORPORATION OF
NEW YORK,

                Defendants.
------------------------------------------------------------ X

       An Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on June 25, 2021, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated May 5, 2021, dismissing this action without prejudice pursuant to Fed. R. Civ. P. 4(m); it is

       ORDERED and ADJUDGED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

Dated: Brooklyn, NY
       June 28, 2021

Douglas C. Palmer
Clerk of Court

By: */s/Jalitza Poveda*
        Deputy Clerk